UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

JESSE HAKES, JR.                      CIVIL ACTION NO. 07-cv-1146

VERSUS                             JUDGE HICKS

RAY HANSON, ET AL                MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Plaintiff has filed a **Motion for Marshal to Serve Subpoenas (Doc. 99)**. The motion is granted in part and denied in part, as set forth below.

The proposed subpoenas are directed to David Wade Correctional Center and E. A. Conway Hospital. Plaintiff seeks to subpoena documents from the prison that are related to the underlying use-of-force incident and his medical care. He seeks from the hospital medical records regarding his care at that facility after the incident. Discovery is ordinarily not permitted after the filing of pretrial statements, but the documents that Plaintiff seeks are listed in his pretrial statement and appear to be proper discovery subjects. Plaintiff apparently anticipated at that time that he would obtain the records.

Plaintiff is proceeding as a pauper, so the court is obligated to assist him in serving papers in the case, but it has the discretion to limit service of subpoenas based on reasonableness. Plaintiff is not excused, despite his pauper status, from paying any reasonable copy charges that a hospital might ordinarily charge for copying records, just as he is not excused from paying witness fees for most trial subpoenas.

The court elects not to order the Marshal to serve the hospital with the subpoena because Plaintiff would still have to arrange for payment of the copies, and it is quite likely that Plaintiff may obtain from the hospital copies of his own medical records without the need for a subpoena. Plaintiff should write the hospital, make a clear request for the records, indicate the dates at issue, sign any authorization or waiver forms required by the hospital, and arrange for payment of any fees charged for the copies.

The **U.S. Marshal** is directed to serve the subpoena submitted by Plaintiff that is directed to the David Wade Correctional Center (along with a copy of this order). The Marshal may require Plaintiff to complete a USM 285 or other necessary paperwork required in connection with the service. The prison officials who receive the subpoena are encouraged to cooperate and provide the requested material, which does not appear to be extensive, within 30 days from service of the subpoena. The recipients certainly need not waive any legal rights or privileges, but they are asked to refrain from raising any procedural objections that will merely delay and require more subpoenas be served in this suit, which has already required more than its fair share of the court's time and attention. The cooperation will be appreciated.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 26th day of February, 2009.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE